1  PAMELA TSAO (SBN: 266734)
   ASCENSION LAW GROUP
2  12341 Newport Ave.
   Suite B200
3  North Tustin, CA 92705
   PH: 714.783.4220
4  FAX: 888.505.1033
   Pamela.Tsao@ascensionlawgroup.com
5
   Attorneys for Plaintiff  STEPHEN TURNER
6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | STEPHEN TURNER, an individual,            ) Case No.: 8:24-cv-00404-FWS-KES
12 |                Plaintiff,                 )
   |                                           ) **NOTICE OF CONDITIONAL**
13 |          vs.                              ) **SETTLEMENT**
14 | CAL-PERL FULLERTON 5, L.P., a             )
   | limited partnership,                      )
15 |                                           )
16 |                Defendants.                )
   |                                           )
17 |                                           )
18 |                                           )
19 |                                           )
20 |                                           )
21 |                                           )
22 |                                           )
23 |                                           )
24

25

26

27

28

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

In accordance with Local Rule 40-2, Plaintiff hereby submits the Notice of Settlement to notify the Court that the above entitled action has been settled. The Parties have agreed to a settlement in principle but have not yet reduced the material terms into writing. Plaintiff will file a dismissal within 60 days. The court shall retain jurisdiction over the parties to enforce the terms of the settlement.

ASCENSION LAW GROUP, PC

DATE: May 7, 2024

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

Stephen Turner

NOTICE OF CONDITIONAL SETTLEMENT
8:24-CV-00404-FWS-KES