ASCENSION LAW GROUP
PAMELA TSAO( 266734)
12341 Newport Ave., Suite B200
North Tustin, CA 92705
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff STEPHEN TURNER

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN TURNER, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> CAL-PERL FULLERTON 5, L.P., a limited partnership, <br><br> Defendants. | Case No.: 8:24-cv-00404-FWS-KES <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff STEPHEN TURNER ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), hereby voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in revalent part:

(a) **Voluntary Dismissal.**

(1) By the Plaintiff.

(A)  *Without a Court Order.*  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i)  A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant CAL-PERL FULLERTON 5, L.P., a limited partnership has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed with prejudice and without an Order of the Court.

ASCENSION LAW GROUP, PC

DATE: June 5, 2024

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

STEPHEN TURNER

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**
**8:24-CV-00404-FWS-KES**